## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

PAUL ZUKERBERG )
1790 Lanier Place, NW )
Washington, DC  20009 )
    *Individually, and on behalf of other* )
    *similarly situated D.C. Voters* )
       )
          Plaintiff, )
       )
        vs. )
       )
DISTRICT OF COLUMBIA BOARD )
    OF ELECTIONS AND ETHICS )
441 4th Street, NW )
Washington, DC  20001 )
       )
Serve: Deborah Nichols, Chairperson )
      441 4th Street, NW, Suite 250 )
      Washington, DC  20001 )
       )
      and )
       )
COUNCIL OF THE DISTRICT OF COLUMBIA )
1350 Pennsylvania Avenue, NW )
John A. Wilson Building )
Washington DC, 20004 )
       )
Serve: Nyasha Smith )
      Secretary to the Council )
      1350 Pennsylvania Avenue, NW )
      John A. Wilson Building, Suite 5 )
      Washington DC, 20004 )
       )
          Defendants )

**FILED**
CIVIL ACTIONS BRANCH

**SEP 3 0 2013**

of the District of Columbia
Washington, DC.

CA No. **13 - 0 0 0 6 6 2 8**

Jury Trial Demanded

## COMPLAINT

1.    This is an action to secure the rights of District of Columbia voters to elect their Attorney General.



2.      On November 2, 2010, District of Columbia voters, by a 3-to-1 majority, ratified an Amendment to the District of Columbia's Charter creating a new Office of Elected Attorney General.[1]

3.      The *Elected Attorney General Charter Amendment* reads in relevant part:

(a)   The Attorney General for the District of Columbia shall be elected on a partisan basis by the registered qualified electors of the District.

\*   \*   \*

(e)   The first election for the position of Attorney General shall be after January 1, 2014.

4.      Following ratification Charter Amendment, District law requires the D.C. Council to "adopt such acts as are necessary to carry out the [amendment's] purpose."

5.      Instead, on July 10, 2013, shortly before 10 p.m., without a hearing, the D.C. Council voted eight to five to *overturn* the *Elected Attorney General Charter Amendment*, by removing the office of Elected Attorney General from the 2014 ballot.[2]

6.      Elections in the District of Columbia are administered by the District of Columbia Board of Elections and Ethics (BOEE), an independent agency of the District government.

7.      Following the July 10, 2013 Council vote, which eliminated the office of Elected Attorney General from the 2014 ballot, BOEE stated that the Elected Office of Attorney General is "tentatively included in the list of offices appearing on the April 1, 2014 Primary ballot, pending the Council's consideration and the Mayor's review of [the

---

[1] D.C. Board of Elections & Ethics Official Results from the Nov. 2, 2010 General

[2] *See* B20-134, Elected Attorney General Implementation and Legal Services Establishment Amendment Act of 2013, § 1-301.82(a) (July 10, 2013) (the "2013 Act").

2013 Act]." An asterisks (*) now appears on all BOEE documents, warning any potential candidates for Attorney General that the inclusion of Attorney General as an elected office is likely to be short-lived, and the elected office of Attorney General absent from the 2014 ballot.

8.      As a result of the uncertainty surrounding the election of the Attorney General, no candidates have declared for the Elected Office of Attorney General, although the official election cycle begins on November 9, 2013, less than nine weeks away.

9.      The uncertainty surrounding the Attorney General election has a chilling effect on the democratic process, has dissuaded qualified citizens from seeking that office, has chilled political speech, and deprived the voters of their rights, as secured by the Constitution, established law, and their own Charter.

## Parties

10.     Plaintiff Paul Zukerberg is a District of Columbia elector, by virtue of his status as a duly registered voter in the District of Columbia, and accordingly has standing to bring this action, on behalf of himself and other similarly situated District of Columbia voters.

11.     Zukerberg has voted in District of Columbia elections in the past, and desires and intends to vote in the forthcoming 2014 primary and general elections in the District of Columbia, including for the office of Elected Attorney General for the District of Columbia, in accord with the rights secure to him by the *Elected Attorney General Charter Amendment*.

3

12.     Defendant District of Columbia Board of Elections and Ethics (BOEE) is an independent agency of the District government, responsible for the administration of elections, ballot access and voter registration.

13.     The Attorney General of the District of Columbia is the legal advisor to the District government, represents the District's interests in all proceedings at law, has the power to investigate wrongdoing, as well as executive responsibility, including the prosecution of municipal offenses, and other duties proscribed by law, custom and practice.

14.     The *Elected Attorney General Charter Amendment* is the product of a broad-based political reform initiative, instituted by District voters, who had grown tired of continual political corruption, bribery, theft, campaign fraud and bad government, and who, through the initiative process, determined that they wished to have an elected Attorney General, whose decisions could be judged at the ballot box, and whose voice would be independent of the Mayor and Council.

## Count I

(Deprivation of Constitutional Rights in violation of 42 U.S.C. § 1983)

15.     The First, Fifth and Fourteenth Amendments to the Constitution guarantee the citizens of the District of Columbia, including plaintiff, the right to an effective and meaningful vote, including the right to vote to amend the Charter of the District of Columbia, and by virtue of that amendment, to elect their own Attorney General.

16.     The *Elected Attorney General Charter Amendment* has been duly ratified, and such ratification represents a core right of the people to amend the laws by which they are governed, and to create such offices of elected representatives, to whom they

4

entrust their most sacred and fundamental rights.

17.    The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is void as unconstitutional, because it nullifies the Charter Amendment of 2010, by eliminating and removing the Office of Elected Attorney General from the 2014 ballot, and further, by its very existence, and its threat to eliminate such office, has a chilling effect on the fundamental rights of the people, as secured by the Constitution.

18.    The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* was enacted by the D.C. Council under color of District law, and is enforced under color of law by the BOEE, defendant herein, depriving the plaintiff of the rights, privileges and immunities secured by the Constitution and laws of the United States, and the Charter and laws of the District of Columbia, in violation of 42 U.S.C. § 1983.


**Count II**

(Violation of Substantive Due Process)

19.    The right to vote is fundamental and inseparable from the concept of ordered liberty, deeply rooted in this Nation's history and tradition.

20.    The right of the people of the District of Columbia to change and amend the Charter under which they are governed, and to create, eliminate and amend elected offices, whose occupants carry out the duties of government, is fundamental, implicit in the concept of ordered liberty, and deeply rooted in this Nation's history and tradition.

21.    Substantive due process protects individuals against government action

which is arbitrary, unconscionable, oppressive, or which curtails or eliminates fundamental rights.

22.     Even where a fundamental right is not curtailed, but merely chilled, substantive due process guarantees that such fundamental rights are protected, and the full measure of such rights are guaranteed uninhibited.

23.     No right is more precious in a free country than that of having a voice in the election of those who make and enforce the law under which, as citizens, we must live. Other rights, even the most basic, are illusory, if the right to vote is undermined.

24.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* eliminates the office of Elected Attorney General from the 2014 ballot, nullifies the duly ratified Charter Amendment creating such office, destroys the democratic process by which candidates are selected, and elected offices established, and by doing so, violates the most fundamental rights of a free people, in violation of substantive due process.

## Count III

### (Violation of the District of Columbia Charter)

25.     The right of the people of the District of Columbia to amend their Charter by initiative is fundamental to the democratic process, and is founded on the principal, long enshrined, that all power of government resides ultimately with the people.

26.     Charter amendment through the initiative process would be meaningless, if a duly ratified amendment could be overruled and annulled by a mere majority vote of the then-sitting Council.

6

27.     Through the initiative and referendum process, the people have reserved for themselves the ability to make such changes in their government which – for whatever reasons – their elective representatives fail to achieve. Were it otherwise, the initiative process would lack purpose, and the reign of any existing Council amount to tyranny.

28.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013*, were it to stand, would establish despotism in the District, since any elected Council could willy-nilly eliminate any election called for in the District's Charter, including election for their own office.

## Relief Requested

Wherefore, plaintiff demands relief as follows:

(1)     A declaratory judgment that the *Elected Attorney General Charter Amendment* is the operative law in the District of Columbia, and

(2)     Injunctive relief, prohibiting the Board of Elections from removing the Office of Elected Attorney General from the 2014 ballot, and

(3)     Injunctive relief, prohibiting the D.C. Council from taking any action to overturn, frustrate or undermine the Charter Amendment establishing the elected office of Attorney General, including delaying the election or modifying the powers and duties of the Attorney General as they existed at the time of the enactment of *Elected Attorney General Charter Amendment*, and

(4)     A final order holding that the *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is unconstitutional and void, and

(5)     Awarding such other relief as is necessary to assure the constitutional rights of the citizens are protected, and

(6)     Nominal damages in the amount of one dollar ($1.) plus such other damages as are appropriate, fees, attorneys fees and costs as are appropriate.

Plaintiff prays a jury trial as to all issues.

/PAUL ZUKERBERG/

Paul Zukerberg Bar #388152
Zukerberg Law Center, PLLC
1790 Lanier Place, NW
Washington, D.C. 20009-2118
(202) 232-6400
paul.zukerberg@gmail.com



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

PAUL ZUKERBERG
_____
                                          Plaintiff

                vs.                               Case Number  **13 - 0 0 0 6 6 2 8**

COUNCIL OF THE DISTRICT OF COLUMBIA    Serve: Nyasha Smith, Secretary
_____
                                          Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Paul Zukerberg  Bar #388152
_____          *Clerk of the Court*
Name of Plaintiff's Attorney

1790 Lanier Place, NW                      By _____
Address                                           Deputy Clerk
Washington, DC  20009

202-232-6400                               Date _____9/30/13_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

                contra

                                              Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____

_____
Dirección                                              Subsecretario

_____

                                    Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có bài dịch, hày gọi (202) 879-4828
    번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.  SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO.  SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

_PAUL ZUKERBERG_
_____
Plaintiff

vs.                                                    Case Number **13 - 0 0 0 6 6 2 8**

_COUNCIL OF THE DISTRICT OF COLUMBIA_
_____
Defendant

_SERVE: OAG_

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_PAUL ZUKERBERG_
_____
Name of Plaintiff's Attorney

_1790 LANIER PL NW_                               By _____
Address                                                                    Deputy Clerk

_WASHINGTON DC 20009_

_202 - 232 - 6400_                                    Date _9/30/13_
Telephone

_Clerk of the Court_

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                            CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Paul Zukerberg
_____
                        Plaintiff

                vs.                                    Case Number **13 - 0 0 0 6 6 2 8**

District of Columbia Board of Elections & Ethics    Serve: Deborah Nichols, Chairperson
_____
                        Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Paul Zukerberg  Bar #388152                          _Clerk of the Court_
_____
Name of Plaintiff's Attorney

1790 Lanier Place, NW                    By _____
_____                      Deputy Clerk
Address
Washington, DC  20009

202-232-6400                             Date _____
_____             9/30/13
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - 2011    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

        contra
                                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                                    Subsecretario

_____
                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የኣማርኛ ተርጓሚ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                        Vea al dorso el original en inglés
                        See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

_Paul Zukenberg_
_____
Plaintiff

vs.

Case Number **13 - 0 0 0 6 6 2 8**

_District of Columbia_
_Board of Ethics and Elections_
Defendant

_Serv: OAG_                    **SUMMONS**

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Paul Zukenberg_
_____
Name of Plaintiff's Attorney

_1790 Lanier Pl NW_
_____
Address

_Washington DC_
_20009 \ 202-232-6400_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _9/30/13_

如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

PAUL ZUKERBERG

Case Number: **13 - 0006628**

vs

Date: September 30, 2013

DISTRICT OF COLUMBIA BOARD OF
ELECTIONS & ETHICS, et. al.

☑ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Paul Zukerberg | Relationship to Lawsuit |
| Firm Name:<br>Zukerberg Law Center, PLLC | ☑ Attorney for Plaintiff |
| Telephone No.:            Six digit Unified Bar No.:<br>202-232-6400                     388152 | ☐ Self (Pro Se)<br><br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury          ☐ 6 Person Jury          ☑ 12 Person Jury

Demand: $ 1.                                        Other: Injunctive relief, fees and costs

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge:_____    Calendar #:_____

Case No.:_____    Judge:_____    Calendar#:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

## A. CONTRACTS                                                    COLLECTION CASES

☐ 01 Breach of Contract            ☐ 07 Personal Property            ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty            ☐ 09 Real Property-Real Estate     ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument         ☐ 12 Specific Performance          ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees        ☐ 13 Employment Discrimination     ☐ 18 OVER $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile                    ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                    ☐ 04 Property Damage                    ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

## C. PERSONAL TORTS

☐ 01 Abuse of Process              ☐ 09 Harassment                    ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection       ☐ 10 Invasion of Privacy                  Not Malpractice)
☐ 03 Assault and Battery           ☐ 11 Libel and Slander             ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 12 Malicious Interference        ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 13 Malicious Prosecution         ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 14 Malpractice Legal             ☐ 21 Asbestos
☐ 07 False Arrest                  ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                         ☐ 16 Negligence- (Not Automobile,  ☐ 23 Tobacco
                                          Not Malpractice)            ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE  ☑  IF USED

CV-496/May 13

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☑ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☒ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

/S/ Paul Zukerberg
_____
Attorney's Signature

Sept. 30, 2013
_____
Date



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

PAUL ZUKERBERG
     Vs.                           C.A. No.     2013 CA 006628 B
DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS
### <u>INITIAL ORDER AND ADDENDUM</u>

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge BRIAN F HOLEMAN
Date:  September 30, 2013
Initial Conference: 9:30 am, Friday, January 03, 2014
Location:  Courtroom 214
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

2013 OCT -7 AM 9: 44

OFFICE

PAUL ZUKERBERG

Vs.                                     C.A. No.      2013 CA 006628 B

DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge BRIAN F HOLEMAN
Date:  September 30, 2013
Initial Conference: 9:30 am, Friday, January 03, 2014
Location:  Courtroom 214
             500 Indiana Avenue N.W.
             WASHINGTON, DC  20001

Caio.doc

# APPENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

Superior Court of the District of Columbia
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

PAUL ZUKERBERG

Plaintiff

vs.

Case Number **13 - 0 0 0 6 6 2 8**

COUNCIL OF THE DISTRICT OF COLUMBIA    Serve: Nyasha Smith, Secretary
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Paul Zukerberg  Bar #388152

Name of Plaintiff's Attorney

1790 Lanier Place, NW
Address
Washington, DC  20009

202-232-6400

Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____ 9/30/13 _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                 CASUM-1

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                    Demandante
        contra

                    Número de Caso: _____

_____
                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                      Subsecretario

_____
                                                         Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

PAUL ZUKERBERG )
1790 Lanier Place, NW )
Washington, DC 20009 )
 *Individually, and on behalf of other* )
 *similarly situated D.C. Voters* )
  )
   Plaintiff, )
  )
vs. )
  )
DISTRICT OF COLUMBIA BOARD )
  OF ELECTIONS AND ETHICS )
441 4th Street, NW )
Washington, DC 20001 )
  )
Serve: <u>Deborah Nichols</u>, Chairperson )
  441 4th Street, NW, Suite 250 )
  Washington, DC 20001 )
  )
  and )
  )
COUNCIL OF THE DISTRICT OF COLUMBIA )
1350 Pennsylvania Avenue, NW )
John A. Wilson Building )
Washington DC, 20004 )
  )
Serve: <u>Nyasha Smith</u> )
  Secretary to the Council )
  1350 Pennsylvania Avenue, NW )
  John A. Wilson Building, Suite 5 )
  Washington DC, 20004 )
  )
   Defendants )

RECEIVED

Civil Clerk's Office

SEP 3 0 2013

   Court
of the District of Columbia
  Washington, D.C.

CA No. **13 - 0006628**

Jury Trial Demanded

## **COMPLAINT**

 1. This is an action to secure the rights of District of Columbia voters to elect

their Attorney General.

Or on November 2, 2010, District of Columbia voters, by a 3-to-1 majority, ratified an Amendment to the District of Columbia's Charter creating a new Office of Elected Attorney General.[1]

3.    The *Elected Attorney General Charter Amendment* reads in relevant part:

(a)    The Attorney General for the District of Columbia shall be elected on a partisan basis by the registered qualified electors of the District.

\*    \*    \*

(e)    The first election for the position of Attorney General shall be after January 1, 2014.

4.    Following ratification Charter Amendment, District law requires the D.C. Council to "adopt such acts as are necessary to carry out the [amendment's] purpose."

5.    Instead, on July 10, 2013, shortly before 10 p.m., without a hearing, the D.C. Council voted eight to five to *overturn* the *Elected Attorney General Charter Amendment*, by removing the office of Elected Attorney General from the 2014 ballot.[2]

6.    Elections in the District of Columbia are administered by the District of Columbia Board of Elections and Ethics (BOEE), an independent agency of the District government.

7.    Following the July 10, 2013 Council vote, which eliminated the office of Elected Attorney General from the 2014 ballot, BOEE stated that the Elected Office of Attorney General is "tentatively included in the list of offices appearing on the April 1, 2014 Primary ballot, pending the Council's consideration and the Mayor's review of [the

---

[1] D.C. Board of Elections & Ethics Official Results from the Nov. 2, 2010 General

[2] *See* B20-134, Elected Attorney General Implementation and Legal Services Establishment Amendment Act of 2013, § 1-301.82(a) (July 10, 2013) (the "2013 Act").

2

candidates for Attorney General that the inclusion of Attorney General as an elected office is likely to be short-lived, and the elected office of Attorney General absent from the 2014 ballot.

8.    As a result of the uncertainty surrounding the election of the Attorney General, no candidates have declared for the Elected Office of Attorney General, although the official election cycle begins on November 9, 2013, less than nine weeks away.

9.    The uncertainty surrounding the Attorney General election has a chilling effect on the democratic process, has dissuaded qualified citizens from seeking that office, has chilled political speech, and deprived the voters of their rights, as secured by the Constitution, established law, and their own Charter.

**Parties**

10.    Plaintiff Paul Zukerberg is a District of Columbia elector, by virtue of his status as a duly registered voter in the District of Columbia, and accordingly has standing to bring this action, on behalf of himself and other similarly situated District of Columbia voters.

11.    Zukerberg has voted in District of Columbia elections in the past, and desires and intends to vote in the forthcoming 2014 primary and general elections in the District of Columbia, including for the office of Elected Attorney General for the District of Columbia, in accord with the rights secure to him by the *Elected Attorney General Charter Amendment.*

3

an independent agency of the District government, responsible for the administration of elections, ballot access and voter registration.

13.     The Attorney General of the District of Columbia is the legal advisor to the District government, represents the District's interests in all proceedings at law, has the power to investigate wrongdoing, as well as executive responsibility, including the prosecution of municipal offenses, and other duties proscribed by law, custom and practice.

14.     The *Elected Attorney General Charter Amendment* is the product of a broad-based political reform initiative, instituted by District voters, who had grown tired of continual political corruption, bribery, theft, campaign fraud and bad government, and who, through the initiative process, determined that they wished to have an elected Attorney General, whose decisions could be judged at the ballot box, and whose voice would be independent of the Mayor and Council.

### Count I

(Deprivation of Constitutional Rights in violation of 42 U.S.C. § 1983)

15.     The First, Fifth and Fourteenth Amendments to the Constitution guarantee the citizens of the District of Columbia, including plaintiff, the right to an effective and meaningful vote, including the right to vote to amend the Charter of the District of Columbia, and by virtue of that amendment, to elect their own Attorney General.

16.     The *Elected Attorney General Charter Amendment* has been duly ratified, and such ratification represents a core right of the people to amend the laws by which they are governed, and to create such offices of elected representatives, to whom they

4

17.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is void as unconstitutional, because it nullifies the Charter Amendment of 2010, by eliminating and removing the Office of Elected Attorney General from the 2014 ballot, and further, by its very existence, and its threat to eliminate such office, has a chilling effect on the fundamental rights of the people, as secured by the Constitution.

18.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* was enacted by the D.C. Council under color of District law, and is enforced under color of law by the BOEE, defendant herein, depriving the plaintiff of the rights, privileges and immunities secured by the Constitution and laws of the United States, and the Charter and laws of the District of Columbia, in violation of 42 U.S.C. § 1983.

## Count II

### (Violation of Substantive Due Process)

19.     The right to vote is fundamental and inseparable from the concept of ordered liberty, deeply rooted in this Nation's history and tradition.

20.     The right of the people of the District of Columbia to change and amend the Charter under which they are governed, and to create, eliminate and amend elected offices, whose occupants carry out the duties of government, is fundamental, implicit in the concept of ordered liberty, and deeply rooted in this Nation's history and tradition.

21.     Substantive due process protects individuals against government action

fundamental rights.

22.    Even where a fundamental right is not curtailed, but merely chilled, substantive due process guarantees that such fundamental rights are protected, and the full measure of such rights are guaranteed uninhibited.

23.    No right is more precious in a free country than that of having a voice in the election of those who make and enforce the law under which, as citizens, we must live. Other rights, even the most basic, are illusory, if the right to vote is undermined.

24.    The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* eliminates the office of Elected Attorney General from the 2014 ballot, nullifies the duly ratified Charter Amendment creating such office, destroys the democratic process by which candidates are selected, and elected offices established, and by doing so, violates the most fundamental rights of a free people, in violation of substantive due process.


## Count III

### (Violation of the District of Columbia Charter)

25.    The right of the people of the District of Columbia to amend their Charter by initiative is fundamental to the democratic process, and is founded on the principal, long enshrined, that all power of government resides ultimately with the people.

26.    Charter amendment through the initiative process would be meaningless, if a duly ratified amendment could be overruled and annulled by a mere majority vote of the then-sitting Council.

Through the initiative and referendum process, the people have reserved for themselves the ability to make such changes in their government which – for whatever reasons – their elective representatives fail to achieve. Were it otherwise, the initiative process would lack purpose, and the reign of any existing Council amount to tyranny.

28.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013*, were it to stand, would establish despotism in the District, since any elected Council could willy-nilly eliminate any election called for in the District's Charter, including election for their own office.

### Relief Requested

Wherefore, plaintiff demands relief as follows:

(1)     A declaratory judgment that the *Elected Attorney General Charter Amendment* is the operative law in the District of Columbia, and

(2)     Injunctive relief, prohibiting the Board of Elections from removing the Office of Elected Attorney General from the 2014 ballot, and

(3)     Injunctive relief, prohibiting the D.C. Council from taking any action to overturn, frustrate or undermine the Charter Amendment establishing the elected office of Attorney General, including delaying the election or modifying the powers and duties of the Attorney General as they existed at the time of the enactment of *Elected Attorney General Charter Amendment*, and

(4)   A final order holding that the *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is unconstitutional and void, and

(5)   Awarding such other relief as is necessary to assure the constitutional rights of the citizens are protected, and

(6)   Nominal damages in the amount of one dollar ($1.) plus such other damages as are appropriate, fees, attorneys fees and costs as are appropriate.

Plaintiff prays a jury trial as to all issues.

/PAUL ZUKERBERG/

Paul Zukerberg Bar #388152
Zukerberg Law Center, PLLC
1790 Lanier Place, NW
Washington, D.C.  20009-2118
(202) 232-6400
paul.zukerberg@gmail.com