**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL ZUKERBERG,<br>　　　　　　　Plaintiff<br>　　　v.<br><br>DISTRICT OF COLUMBIA BOARD OF<br>ELECTIONS AND ETHICS and COUNCIL<br>OF THE DISTRICT OF COLUMBIA,<br>　　　　　　　Defendants. | )<br>)<br>)　　　Case No. 1:13-cv-01557-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST AMENDED COMPLAINT

1.　　　This is an action to secure the rights of District of Columbia voters to elect their Attorney General.

2.　　　On November 2, 2010, District of Columbia voters, by a 3-to-1 majority, ratified an Amendment to the District of Columbia's Charter creating a new Office of Elected Attorney General.[1]

3.　　　The *Elected Attorney General Charter Amendment* reads in relevant part:

> (a)　The Attorney General for the District of Columbia shall be elected on a partisan basis by the registered qualified electors of the District.
>
> 　　　　　　*　　*　　*
>
> (e)　The first election for the position of Attorney General shall be after January 1, 2014.

4.　　　Following ratification Charter Amendment, District law requires the D.C. Council to "adopt such acts as are necessary to carry out the [amendment's] purpose."

---

[1] D.C. Board of Elections & Ethics Official Results from the Nov. 2, 2010 General Election at www.dcboee.org/election_info/election_results/general_election_results/2010.

5.      Instead, on July 10, 2013, shortly before 10 p.m., without a hearing, the D.C. Council voted eight to five to *overturn* the *Elected Attorney General Charter Amendment*, by removing the office of Elected Attorney General from the 2014 ballot.[2]

6.      Elections in the District of Columbia are administered by the District of Columbia Board of Elections and Ethics (BOEE), an independent agency of the District government.

7.      Following the July 10, 2013 Council vote, which eliminated the office of Elected Attorney General from the 2014 ballot, BOEE stated that the Elected Office of Attorney General is "tentatively included in the list of offices appearing on the April 1, 2014 Primary ballot, pending the Council's consideration and the Mayor's review of [the 2013 Act]." An asterisk (*) now appears on all BOEE documents, warning any potential candidates for Attorney General that the inclusion of Attorney General as an elected office is likely to be short-lived, and the elected office of Attorney General absent from the 2014 ballot.

8.      As a result of the uncertainty surrounding the election of the Attorney General, no candidates have declared for the Elected Office of Attorney General, although the official election cycle begins on November 8, 2013.

9.      The uncertainty surrounding the Attorney General election has a chilling effect on the democratic process, has dissuaded qualified citizens from seeking that office, has chilled political speech, and deprived the voters of their rights, as secured by the Constitution, established law, and their own Charter.

---

[2] *See* B20-134, Elected Attorney General Implementation and Legal Services Establishment Amendment Act of 2013, § 1-301.82(a) (July 10, 2013) (the "2013 Act").

**Parties**

10.     Plaintiff Paul Zukerberg is a District of Columbia elector, by virtue of his status as a duly registered voter (as a Democrat) in the District of Columbia.  He is also a declared candidate for the office of Attorney General.  He accordingly has standing to bring this action, on behalf of himself and other similarly situated District of Columbia voters.

11.     Zukerberg has voted in District of Columbia elections in the past, and desires and intends to vote in the forthcoming 2014 primary and general elections in the District of Columbia, including for the office of Elected Attorney General for the District of Columbia, in accord with the rights secure to him by the *Elected Attorney General Charter Amendment.*

12.     Defendant District of Columbia Board of Elections and Ethics (BOEE) is an independent agency of the District government, responsible for the administration of elections, ballot access and voter registration.

13.     The Attorney General of the District of Columbia is the legal advisor to the District government, represents the District's interests in all proceedings at law, has the power to investigate wrongdoing, as well as executive responsibility, including the prosecution of municipal offenses, and other duties proscribed by law, custom and practice.

14.     The *Elected Attorney General Charter Amendment* is the product of a broad-based political reform initiative, instituted by District voters, who had grown tired of continual political corruption, bribery, theft, campaign fraud and bad government, and who, through the initiative process, determined that they wished to have an elected

Attorney General, whose decisions could be judged at the ballot box, and whose voice would be independent of the Mayor and Council.

## Count I

(Deprivation of Constitutional Rights in violation of 42 U.S.C. § 1983)

15.     The First, Fifth and Fourteenth Amendments to the Constitution guarantee the citizens of the District of Columbia, including plaintiff, the right to an effective and meaningful vote, including the right to vote to amend the Charter of the District of Columbia, and by virtue of that amendment, to elect their own Attorney General.

16.     The *Elected Attorney General Charter Amendment* has been duly ratified, and such ratification represents a core right of the people to amend the laws by which they are governed, and to create such offices of elected representatives, to whom they entrust their most sacred and fundamental rights.

17.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is void as unconstitutional, because it nullifies the Charter Amendment of 2010, by eliminating and removing the Office of Elected Attorney General from the 2014 ballot, and further, by its very existence, and its threat to eliminate such office, has a chilling effect on the fundamental rights of the people, as secured by the Constitution.

18.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* was enacted by the D.C. Council under color of District law, and is enforced under color of law by the BOEE, defendant herein, depriving the plaintiff of the rights, privileges and immunities secured by the Constitution and laws of the United States, and the Charter and laws of the District of Columbia, in violation of 42

U.S.C. § 1983.

## Count II

(Violation of Substantive Due Process)

19.     The right to vote is fundamental and inseparable from the concept of ordered liberty, deeply rooted in this Nation's history and tradition.

20.     The right of the people of the District of Columbia to change and amend the Charter under which they are governed, and to create, eliminate and amend elected offices, whose occupants carry out the duties of government, is fundamental, implicit in the concept of ordered liberty, and deeply rooted in this Nation's history and tradition.

21.     Substantive due process protects individuals against government action which is arbitrary, unconscionable, oppressive, or which curtails or eliminates fundamental rights.

22.     Even where a fundamental right is not curtailed, but merely chilled, substantive due process guarantees that such fundamental rights are protected, and the full measure of such rights are guaranteed uninhibited.

23.     No right is more precious in a free country than that of having a voice in the election of those who make and enforce the law under which, as citizens, we must live. Other rights, even the most basic, are illusory, if the right to vote is undermined.

24.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* eliminates the office of Elected Attorney General from the 2014 ballot, nullifies the duly ratified Charter Amendment creating such office, destroys the democratic process by which candidates are selected, and elected offices established, and by doing so, violates the most fundamental rights of a free people, in violation of

substantive due process.

## Count III

### (Violation of the District of Columbia Charter)

25.     The right of the people of the District of Columbia to amend their Charter by initiative is fundamental to the democratic process, and is founded on the principal, long enshrined, that all power of government resides ultimately with the people.

26.     Charter amendment through the initiative process would be meaningless, if a duly ratified amendment could be overruled and annulled by a mere majority vote of the then-sitting Council.

27.      Through the initiative and referendum process, the people have reserved for themselves the ability to make such changes in their government which – for whatever reasons – their elective representatives fail to achieve. Were it otherwise, the initiative process would lack purpose, and the reign of any existing Council amount to tyranny.

28.     The *Elected Attorney General Implementation and Legal Service Establishment Act of 2013*, were it to stand, would establish despotism in the District, since any elected Council could willy-nilly eliminate any election called for in the District's Charter, including election for their own office.

### Relief Requested

Wherefore, plaintiff demands relief as follows:

(1)        A declaratory judgment that the *Elected Attorney General Charter Amendment* is the operative law in the District of Columbia, and

(2)        Injunctive relief, prohibiting the Board of Elections from removing the Office of Elected Attorney General from the 2014 ballot, and

(3)        Injunctive relief, prohibiting the D.C. Council from taking any action to overturn, frustrate or undermine the Charter Amendment establishing the elected office of Attorney General, including delaying the election or modifying the powers and duties of the Attorney General as they existed at the time of the enactment of *Elected Attorney General Charter Amendment*, and

(4)        A final order holding that the *Elected Attorney General Implementation and Legal Service Establishment Act of 2013* is unconstitutional and void, and

(5)        Awarding such other relief as is necessary to assure the constitutional rights of the citizens are protected, and

(6)        Nominal damages in the amount of one dollar ($1.) plus such other damages as are appropriate, fees, attorneys fees and costs as are appropriate.

Plaintiff prays a jury trial as to all issues.

Date:  November 4, 2010                Respectfully submitted,

REED SMITH LLP

By: /s/Gary S. Thompson
Gary S. Thompson (#435315)
Marc S. Kaufman (#440124)
1301 K St., N.W., Suite 1100
Washington, D.C. 20005
Tel. (202) 414-9418
Fax (202) 414-9299

Email:  gthompson@reedsmith.com

*Counsel for Plaintiff*
*Paul Zuckerberg*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2013, I filed and served the foregoing on ECF and by emailing, and mailing, a copy to Matthew Blecher, Assistant Attorney General for the District of Columbia, at 441 4th St. N.W., Suite 600S, Washington, D.C. 20001.

<u>/s/Gary S. Thompson</u>
Gary S. Thompson
