# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL ZUKERBERG, | ) | |
| Plaintiff | ) | Case No. 1:13-cv-01557-JEB |
| v. | ) | |
|  | ) | |
| DISTRICT OF COLUMBIA BOARD OF | ) | |
| ELECTIONS AND ETHICS and COUNCIL | ) | |
| OF THE DISTRICT OF COLUMBIA, | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO RULE 41(A)(1), OF PLAINTIFF PAUL ZUKERBERG

NOTICE is hereby provided to the Court and all parties in this action that, in accordance with Fed.R.Civ.P. 41(a)(1)(i), Plaintiff Paul Zukerberg hereby dismisses this action.  This dismissal is WITHOUT PREJUDICE to any of the claims by Plaintiff against Defendants District of Columbia Board of Elections and Ethics (BOEE) and Council of the District of Columbia, and does not preclude the filing of a new Complaint against Defendants in any court. Defendants do not object to this notice of dismissal in accordance with Rule 41(a)(1).

As a result of this voluntary dismissal without prejudice, there is no need for the Court to further consider Plaintiff's Complaint or First Amended Complaint.

Date:  November 27, 2013

Respectfully submitted,

REED SMITH LLP

By: /s/Gary S. Thompson
Gary S. Thompson (#435315)
Marc S. Kaufman (#440124)
1301 K St., N.W., Suite 1100
Washington, D.C. 20005
Tel. (202) 414-9418
Fax (202) 414-9299
Email:  gthompson@reedsmith.com

*Counsel for Plaintiff Paul Zukerberg*

### **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice, Pursuant To Rule 41(A)(1), of Plaintiff Paul Zukerberg to be served this 27th day of November, 2013 via CM-ECF upon all counsel of record.

/s/Gary S. Thompson
Gary S. Thompson